# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL SIMENTAL-LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI MENDOTA,<br><br>Respondent. | Case No. 1:25-cv-00303-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE DOCUMENTATION REGARDING PETITIONER'S FIRST STEP ACT CREDITS |

Petitioner is a prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondent has moved to dismiss the petition, arguing *inter alia* that "[t]he relief demand is not ripe for adjudication because it rests upon contingent future events (*e.g.,* earning ETCs that may be applied when his classification level permits) that may not occur as anticipated, or indeed may not occur at all." (ECF No. 8 at 3.)

"When applying ripeness principles to habeas petitions seeking early release for earned FSA time credits, '[f]ederal courts around the country read Section 3624(g)(1)(A) to mean that the BOP is permitted to apply time credits <u>only</u> once an inmate has earned enough [credits] that equal the remainder of her sentence.'" <u>Wright v. Ricolcol</u>, No. EDCV 24-1863 FWS (AS), 2025 WL 2005479, at *5 (C.D. Cal. June 3, 2025) (alterations in original) (some internal quotation marks and citation omitted), <u>report and recommendation adopted</u>, 2025 WL 1863188 (C.D. Cal.

July 3, 2025). Here, neither party has provided the Court with information regarding whether Petitioner has earned enough First Step Act credits to equal the remainder of Petitioner's sentence. Thus, it is unclear whether the petition should be dismissed on ripeness grounds.

Accordingly, the Court HEREBY ORDERS that within **FOURTEEN (14) days** of the date of service of this order, Respondent SHALL FILE documentation with regard to the First Step Act credits Petitioner has earned and whether it is equal to the remainder of Petitioner's sentence.

IT IS SO ORDERED.

Dated: **October 7, 2025**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE